472 A.2d 255

Rothstein, Appellant, v. Schlacter.

 Submitted November 22, 1983. Stephen G. Heckman, for appellant; James J. Oliver, for appellee.

Before MONTEMURO, WATKINS and CERCONE, JJ.

Order affirmed.